■ NUNE BORSHOFF, Respondent, v ROBERT B. HAYES et al., Appellants.—Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Respondent concedes that there was not timely compliance with CPLR 3216 and that the action should be dismissed for failure to prosecute. (Appeal from Order of Supreme Court, Monroe County, Willis, J.—Dismiss Action.) Present—Callahan, A. P. J., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODELL RICE, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Doerr, J. P., Denman, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODELL RICE, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Attempted Assault, 2nd Degree.) Present—Doerr, J. P., Denman, Green, Lawton and Davis, JJ.